THE STATE, EX REL. EDWARD KING, v. OLIVER L. MARVIN AND THE INHABITANTS OF THE TOWNSHIP OF WEEHAWKEN, IN THE COUNTY OF HUDSON.

Argued at June Term, 1888, before Justices SCUDDER and REED.

For the relator, *J. B. Vredenburgh.*

For the respondent, *Leon Abbett.*

PER CURIAM. The tender in this case was by cash, made upon the same basis as the tenders in the preceding case and

for a similar assessment for the same improvement. The facts are substantially the same in this as in the preceding case, and for the reasons given in the opinion delivered therein the writ in this case is refused.